IN RE: HECTOR LUIS MERCADO TORRES
AUREA MARIE CINTRON ANGLERO

Bkrtcy. No. 10-06506-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Jul 20, 2010 | Meeting Date: Aug 20, 2010 | DC Track No. 11 |
| Days from petition date: 31 | Meeting Time: 10:00 AM | |
| 910 Days before Petition: 1/22/2008 | ☐ Chapter 13 Plan Date Aug. 16, 2010 Dkt.# 12 ☐ Amended. | |
| This is debtor(s) 1st Bankruptcy petition. | Plan Base: $9,900.00 | |
| This is the 1st Scheduled Meeting | Confirmation Hearing Date: Sep 17, 2010 Time: 2:30 PM | |
| Payment(s) ☑ Received or ☐ Evidence shown at meeting: | Ck/MO No.    Date    Amount | Total Paid In: $165.00 |

**I. Appearances:** ☐ Telephone ☐ Video Conference    ☐ Creditor(s) present: ☑ None.
☑ Debtor Present    ☑ ID & Soc. OK    ☐ Debtor Absent
☑ Joint Debtor Present    ☑ ID & Soc. OK    ☐ Joint Debtor Absent
Debtor(s) was/were ☑ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☑ Present ☐ Not Present
☐ Substitute attorney:    ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement**  Attorney of record: CARLO J RODRIGUEZ PUIGDOLLERS*
Total Agreed: $3,000.00    Paid Pre-Petition: $500.00    Outstanding: $2,500.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear;    ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☐ Under ☑ Above Median Income.    Liquidation Value: 0
Commitment Period is ☐ 36 ☑ 60 months.    [§1325(b)(1)(B)] Gen. Unsecured Pool: NO POOL
10% The Trustee ☑ RECOMMENDS ☐ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☑ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: _____

**V. Trustee's OBJECTIONS to Confirmation:**
☐ FEASIBILITY [§1325(a)(6)]   ☐ INSUFFICIENTLY FUNDED   ☐ To pay §507   ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS   ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements   ☐ Plan not filed in Good Faith §1325(a)(3)   ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

_____

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of ___    Date: Aug 20, 2010